United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KAREN MINIEX, § | |
|     Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. H-20-1477 |
| § | |
| THE LAW OFFICE OF E. SHARON § | |
| THORNTON, LLC, § | |
|     Respondent. § | |

# FINAL ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Karen Miniex's Petition to Confirm Arbitration Award [Doc. # 1] is **GRANTED**, and the Motion to Vacate Arbitration Final Award [Doc. # 14] is **DENIED**. This is a final, appealable order.

SIGNED at Houston, Texas, this 16th day of **December, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE